IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**CURTIS WEDO POOLE,**

*Petitioner*,

v.                                                                 Case No.: 4:24cv23-MW/MJF

**RICKY DIXON,**

*Respondent*.
_____/

## ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 20. Accordingly, upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 20, is **accepted and adopted** as this Court's opinion. Respondent's motion to dismiss, ECF No. 17, is **DENIED**. This case is **REMANDED** to the Magistrate Judge for further proceedings.

**SO ORDERED on July 15, 2024.**

s/Mark E. Walker
**Chief United States District Judge**