# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**CURTIS WEDO POOLE,**

    *Petitioner*,

v.                                     Case No.: 4:24cv23-MW/MJF

**RICKY DIXON,**

    *Respondent*.

_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 26, and has also reviewed *de novo* Petitioner's objections, ECF No. 27. Accordingly,

**IT IS ORDERED**:

The report and recommendation, ECF No. 26, is **accepted and adopted**, over the Petitioner's objections, as this Court's opinion. The Clerk shall enter judgment stating, "Petitioner's amended petition for writ of habeas corpus, ECF No. 10, challenging Petitioner's judgment of conviction in *State of Florida v. Curtis Wedo Poole*, Escambia County Circuit Court Case No. 2018-CF-4775, is **DENIED**." A certificate of appealability is **DENIED**. The Clerk shall close the file.

**SO ORDERED on October 7, 2024.**

                                                 **s/Mark E. Walker**
                                                 **Chief United States District Judge**